UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LUSTER-BEY,

    Plaintiff,                                                Case No. 11-10399
                                                          Honorable Patrick J. Duggan

v.

JUDGE PATTERSON and JOHN DOE,

    Defendants.
_____/

## JUDGMENT

Plaintiff Derrick Luster-Bey ("Plaintiff") initiated this civil rights lawsuit against "Judge Patterson" and "John Doe" on February 1, 2011. On the same date, Plaintiff filed on application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an Opinion and Order issued on this date, the Court granted Plaintiff's request to proceed *in forma pauperis* but concluded that his Complaint is frivolous and fails to state a claim against Judge Patterson upon which relief may be granted.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated: February 23, 2011        s/PATRICK J. DUGGAN
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Derrick Luster-Bey
9000 East Jefferson, Apt. 26-12
Detroit, MI 48224